# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 16-cr-00043-M |
| | ) |
| AUBREY K. McCLENDON, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO DISMISS

COMES NOW the plaintiff, United States of America, by Kalina M. Tulley, Assistant Chief, Chicago Office, U.S. Department of Justice, Antitrust Division, pursuant to Rule 48(a), Fed R. Crim. P., and moves the Court to dismiss with prejudice the above-styled case as to the defendant, Aubrey K. McClendon, for the reason that such action would best meet the ends of justice in that the defendant is now deceased.

WHEREFORE, plaintiff prays the Court to enter an Order dismissing with prejudice the Indictment herein on March 1, 2016, as to the defendant, Aubrey K. McClendon.

Respectfully submitted,

s\ *Kalina M. Tulley*

KALINA M. TULLEY
IL Bar No. 6210304
Assistant Chief, Chicago Office

U.S. Department of Justice, Antitrust Division
209 S. LaSalle Street, Suite 600
Chicago, IL 60604
Tel: (312) 984-7200
Fax: (312) 984-7299
Email: kalina.tulley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I served the attached document by First Class Mail on the following, who is not a registered participant of the ECF System:

Abbe D. Lowell, counsel for Defendant Aubrey K. McClendon
1200 New Hampshire Avenue, NW
Washington, D.C. 20036

s/ *Kalina M. Tulley*
KALINA M. TULLEY